UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SUSAN ALAIMO,  :
          Plaintiff,  :
            :  **ORDER**
v.  :
            :  20 CV 2782 (VB)
SAM'S EAST INC.,  :
          Defendant.  :
--------------------------------------------------------------x

With respect to the initial case management and scheduling conference in this matter scheduled for May 20, 2020, at 2:15 p.m., counsel shall attend by calling the following number and entering the access code when requested:

Number:  (888) 363-4749 (toll-free) or (215) 446-3662

Access Code:  1703567

The parties should be on the line by 2:15 p.m. and announce their names before speaking.

**By close of business May 8, 2020, defendant's counsel shall mail a copy of this Order to plaintiff's counsel and file on the ECF docket proof of service of same.**

Dated: May 6, 2020
     White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge