UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SUSAN ALAIMO,                                  :
          Plaintiff,              :
                                                     : **ORDER**
v.                                             :
                                                     : 20 CV 2782 (VB)
SAM'S EAST INC.,                               :
          Defendant.              :
--------------------------------------------------------------x

On May 6, 2020, the Court ordered the initial case management and scheduling conference in this matter scheduled for May 20, 2020, at 2:15 p.m., would proceed by teleconference. The Court further ordered, in bold font, that by close of business May 8, 2020, defendant's counsel shall mail a copy of the May 6, 2020, Order to plaintiff's counsel and file on the ECF docket proof of service of same. (Doc. #6).

Defendant's counsel has not filed proof of service indicating she has mailed the Court's May 6, 2020, Order to plaintiff's counsel. **Accordingly, defense counsel's time to mail the May 6, 2020, Order and a copy of this Order to plaintiff's counsel and file proof of service of the same on the ECF docket is extended to close of business May 13, 2020.**

Dated: May 11, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge