USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

_Alaimo_,
         Plaintiff(s),

v.

_Sam's East Inc._,
         Defendant(s).
------------------------------------------------------x

**CALENDAR NOTICE**

20 CV 2782 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ re-scheduled for:

___ Status conference        ___ Final pretrial conference

✓ Telephone conference (See 9/3/20 order #19)    ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument            ___ Plea hearing

___ Bench ruling on motion     ___ Sentencing

on __10-15__, 20__20__, at __9:30 AM__ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __10/2/20__

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __9-18-__, 20__20__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge