UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SUSAN ALAIMO,                                          :
                              Plaintiff,               :
                                                       :      **ORDER**
v.                                                     :
                                                       :      20 CV 2782 (VB)
SAM'S EAST INC.,                                       :
                              Defendant.               :
--------------------------------------------------------------x

As discussed at a conference held today and attended by counsel for both parties, it is HEREBY ORDERED:

1.  The deadline to complete fact discovery is extended to October 29, 2020.  **No further extensions of this deadline will be granted.**

2.  No later than <u>November 30, 2020</u>, defense counsel shall either (i) file a letter-motion in accordance with Paragraph 2.B of Judge Briccetti's Individual Practices to request a pre-summary-judgment motion conference, or (ii) file a letter informing the Court that defendant will not file a summary judgment motion.  If the first option is selected, plaintiff shall have until <u>December 7, 2020</u>, to file a response to defendant's letter-motion.  If the second option is selected, defense counsel shall indicate in her letter whether the parties will conduct expert discovery, and if yes, in consultation with plaintiff's counsel, provide a proposed schedule for the completion of expert discovery.

3.  The next conference in this case is scheduled for December 21, 2020, at 2:30 p.m. Counsel shall attend by calling the following number and entering the access code when requested:

**Number**:  (888) 363-4749 (toll-free) or (215) 446-3662

**Access Code**:  1703567

Dated: October 15, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge