# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SUSAN ALAIMO,

                Plaintiff,                  20 **CIVIL** 2782 (VB)

     -against-                        **JUDGMENT**

SAM'S EAST, INC.,

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, The motion for summary judgment is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           September 28, 2021

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                                 Clerk of Court
                                         **BY:**
                                                                   _____
                                                                     Deputy Clerk